**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-31316**
**Civil Docket #99-CV-549-D**

_____

**MARK D. COMPTON,**

**Plaintiff-Appellant,**

**versus**

**TORCH, INC.,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

November 12, 2001

Before JONES and DeMOSS, Circuit Judges and LIMBAUGH[*], District Judge:

PER CURIAM:[**]

The court has carefully considered this appeal in light of the oral argument, briefs and pertinent portions of the record. Having done so, we find no reversible error of fact or law. The plaintiff waived his objection to the jury charge, and the charge

---

[*]     District Judge of the Eastern District of Missouri, sitting by designation.

[**]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

in any event was not erroneous.  There was sufficient evidence in the record to enable the jury to allocate fault between the parties in the ratio that it chose.  Finally, the district court did not abuse his discretion in allowing Torch's witness to testify under the relevant Federal Rules of Evidence.

The judgment of the district court is **AFFIRMED**.